IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEEBA SCOTT HARRIS,<br>    Plaintiff<br><br>    v.<br><br>RAYMONT TONKIN, et al.,<br>    Defendants | : <br> : <br> :    No. 1:20-cv-2050 <br> : <br> :    (Judge Kane) <br> : <br> : <br> : |

## ORDER

**AND NOW**, on this 30th day of April, 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute;

2. The Court may reconsider its dismissal should Plaintiff provide her updated address within a reasonable time period; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                                            s/ Yvette Kane
                                                                            Yvette Kane, District Judge
                                                                            United States District Court
                                                                            Middle District of Pennsylvania